# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BOBBY R. KNOX, JR., | ) |
| Petitioner, | ) |
| | ) 1:14CV121 |
| v. | ) |
| FRANK L. PERRY, | ) |
| Respondent. | ) |

## O-R-D-E-R

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 18, 2014, was served on the parties in this action. Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that this action be filed, but then dismissed *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition after he exhausts his state court remedies. A judgment dismissing this action will be entered contemporaneously with this Order.

                                              /s/ James A. Beaty
                                              United States District Judge

Date: March 25, 2014